```
ALEXANDER B. CVITAN (CSB 81746), and
MARSHA M. HAMASAKI (CSB 102720), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California  90010-2421
Telephone:  (213) 386-3860
Facsimile:  (213) 386-5583
E-Mails: ac@rac-law.com; marshah@rac-law.com
```

Attorneys for Plaintiff/Judgment Creditor

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMERICAN BENEFIT PLAN ADMINISTRATORS, INC., etc., <br><br> Plaintiff, <br><br> vs. <br><br> MOHAG CONSTRUCTION COMPANY, etc., <br><br> Defendant. | CASE NUMBER <br><br> CV 99-11960 CM (BQRx) <br><br> [~~PROPOSED~~] ORDER FOR RENEWAL OF JUDGMENT BY CLERK <br><br> [NO HEARING SCHEDULED] |

Judgment Debtor, MOHAG CONSTRUCTION COMPANY, INC., (hereinafter referred to as "DEBTOR"), having judgment entered against DEBTOR on January 9, 2001.

NOW, upon application of AMERICAN BENEFIT PLAN ADMINISTRATORS, INC., (hereinafter referred to as "JUDGMENT CREDITOR"), and upon declaration that DEBTOR has failed to pay the total amount of said judgment is indebted to JUDGMENT CREDITOR.

-1-

155097.1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment against DEBTOR, MOHAG CONSTRUCTION COMPANY, INC., be renewed and with respect to the money portion of the judgment as follows:

Renewal of Money Judgment:

```
a.   Total judgment.........................$198,285.03
b.   Costs after judgment...................$      0.00
c.   Interest after judgment computed
     through February 15 2008 at 4.89%
     accruing at $18.02 per day.............$ 61,242.68
d.   Less credits...........................-$109,106.08
e.   Subtotal...............................$150,421.63
f.   Total Renewed judgment.................$150.421.63
```

DATED: 3/27/08

Lori Muraoka
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Presented by:

MARSHA M. HAMASAKI, A Member of
REICH, ADELL & CVITAN
A Professional Law Corporation


By: _____
MARSHA M. HAMASAKI
Attorney for Plaintiff
and Judgment Creditor